

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00820-CV

Grant R. **MICHAEL**,
Appellant

v.

**WALTON SIGNAGE, LTD.**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-21334
Honorable Angelica Jimenez, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, appellant's motion to dismiss is GRANTED, and this appeal is DISMISSED. Costs of appeal are taxed against Appellant Grant R. Michael.

SIGNED March 25, 2020.

_____
Liza A. Rodriguez, Justice